**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v. | § § § § § § § | |
| GOVISION, LLC, | § § § | Case No. 2:18-cv-00100-JRG-RSP<br>LEAD CASE |
| GLUX VISUAL EFFECTS TECH (SHENZHEN) CO., | § § § | Case No. 2:18-cv-00099-JRG-RSP<br>CONSOLIDATED CASE |
| LEYARD OPTOELECTRONIC CO., | § § § | Case No. 2:18-cv-00102-JRG-RSP<br>CONSOLIDATED CASE |
| SHENZHEN LIANTRONICS CO., LTD., | § § § | Case No. 2:18-cv-00103-JRG-RSP<br>CONSOLIDATED CASE |
| PRISMAFLEX INTERNATIONAL FRANCE S.A., | § § § | Case No. 2:18-cv-00108-JRG-RSP<br>CONSOLIDATED CASE |
| SHENZHEN ABSEN OPTOELECTRONIC CO., LTD. and ABSEN, INC., | § § § § | Case No. 2:18-cv-00112-JRG-RSP<br>CONSOLIDATED CASE |
| SHENZHEN AOTO ELECTRONICS CO., LTD., | § § § | Case No. 2:18-cv-00113-JRG-RSP<br>CONSOLIDATED CASE |
| UNILUMIN GROUP CO., LTD., | § § § | Case No. 2:18-cv-00116-JRG-RSP<br>CONSOLIDATED CASE |
| YAHAM OPTOELECTRONICS CO., LTD.<br><br>*Defendants*. | § § § § § | Case No. 2:18-cv-00118-JRG-RSP<br>CONSOLIDATED CASE |

**<u>ORDER</u>**

After Plaintiff Ultravision Technologies, LLC ("Ultravision") filed a series of Amended

Complaints, it no longer asserts claims of infringement against several defendants in this consolidated action. These defendants include:

- AOTO Electronics (US) LLC (*Compare* Case No. 2:18-cv-00113, Dkt. No. 1 *with* Case No. 2:18-cv-00100, Dkt. No. 69);

- Liantronics, LLC (*Compare* Case No. 2:18-cv-00103, Dkt. No. 1 *with* Case No. 2:18-cv-00100, Dkt. No. 70);

- Leyard American Corporation (*Compare* Case No. 2:18-cv-00102, Dkt. No. 1 *with* Case No. 2:18-cv-00100, Dkt. No. 71); and

- Unilumin Led Technology FL LLC (*Compare* Case No. 2:18-cv-00116, Dkt. No. 1 *with* Case No. 2:18-cv-00100, Dkt. No. 72).

In light of this, the Court directs the Clerk to remove the four defendants listed above from the docket sheet in both the lead case and within their respective consolidated cases. If any party contends that these parties should remain in this case, then it **ORDERED** to file a notice by March 2, 2020.

**SIGNED this 25th day of February, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE